FILED: November 21, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2231(L)
(CA-8:17-cv-00361-TDC)

_____

INTERNATIONAL REFUGEE ASSISTANCE PROJECT, a project of the Urban Justice Center, Inc., on behalf of itself and its clients; HIAS, INC., on behalf of itself and its clients; JOHN DOES #1 & 3; JANE DOE #2; MIDDLE EAST STUDIES ASSOCIATION OF NORTH AMERICA, INC., on behalf of itself and its members; MUHAMMED METEAB; ARAB AMERICAN ASSOCIATION OF NEW YORK, on behalf of itself and its clients; YEMENI-AMERICAN MERCHANTS ASSOCIATION; MOHAMAD MASHTA; GRANNAZ AMIRJAMSHIDI; FAKHRI ZIAOLHAGH; SHAPOUR SHIRANI; AFSANEH KHAZAELI; JOHN DOE #4; JOHN DOE #5

          Plaintiffs - Appellees

 and

ALLAN HAKKY; SAMANEH TAKALOO; PAUL HARRISON; IBRAHIM AHMED MOHOMED

          Plaintiffs

v.

DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF STATE; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security; REX TILLERSON, in his official capacity as Secretary of State; DANIEL R. COATS, in his official capacity as Director of National Intelligence

  Defendants - Appellants

## O R D E R

  C-Span has requested a real-time audio feed of the oral argument in this case to permit the argument to be aired live in light of heightened public interest. The Court grants the request. C-Span will serve as the pool-feed for real-time audio of the oral argument, which is scheduled for December 8, 2017, at 9:00 a.m. Other media organizations may apply for access to the feed by submitting a Media Request on the Court's Web site Contact page (www.ca4.uscourts.gov/contact) by 4:00 p.m. on Wednesday, December 6, 2017.

  Links to the live audio feed and to the completed audio file will be posted on the Court's Web site.

              For the Court

              /s/ Patricia S. Connor, Clerk